# AMENDED COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Aaron David Allen

v.

(Full name of defendant(s))

Dept. of Revenue
Social Security Admin.
Internal Revenue Service

Case Number:

**21-C-1005**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   __1414 E. North St. Apt. 108 Waukesha, WI 53488-3835__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __DOR, SSA, IRS__
   (Name)

is (if a person or private corporation) a citizen of __Fed. and State Office (WI)__
(State, if known)

and (if a person) resides at __Fed. and State Office (WI)__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Fed. and State Office (WI)__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

This is a Lawsuit in pursuance of relief based on Gov. record-keeping not being done properly by both Fed. and State Agencies, in my name of Aaron D. Allen. The amount of Jobs I had are not being recorded rightly by SSA. The amount of taxes paid into Social Security and Medicare are not being recorded rightly by the IRS. Further, this is DOR's fault by using a falsification of my record. My, Aaron D. Allen's earned employment progress the DOR refuses to update or correct. By the Fifth Amendment

ratifying the wording of the Constitution give the Right to Life, Liberty, and Property therefore tax credits I have earned are protected by my Constitutional Rights. Thus, SSA and IRS are violating Law 42 U.S.C. 1983 by removing my property without Trial or compensation. It is a vicious triangle of SSA and IRS saying DOR records are right, but if IRS and SSA get their info from DOR then whore does DOR get their info from? It is my assertion that DOR is conspiring to keep me held into poverty as per my previous case in Eastern District U.S. Fed. Court case #2017-cv-233-pp which case asked for monetary relief, but differs from this case that asks records to be fixxed. The length of time this has been going on is aggravating. This is an ongoing problem and as it is recent then Statute of Limitations has not begun to run out. I am forced to work low-level menial jobs at age 44 because of zero job history on record, such as Fast-Food and cleaning.

Amended Complaint - 3
Case 2:21-cv-01005-PP   Filed 08/27/21   Page 3 of 5   Document 1

C.  **JURISDICTION**

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Mainly I am asking that IRS tax records be used to give Me my rightful Job History, by an order given to DOR to do that. If that is not in the power of the Federal Court to do then a method of bypassing DOR must be established as they refuse to do the good act of honest record keeping. This could be such as IRS communicating directly with SSA to determine my proper Job History. Once that is done I can work on my own to recover tax refunds, Lost wages, and Gov. benefits that are still owed to Me. This problem is ongoing and needs urgent fixxing.

E.  **JURY DEMAND**

I want a jury to hear my case.

☐ – YES  ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24th__ day of __August__ 20__21__.

Respectfully Submitted,

*Aaron D. Allen*
Signature of Plaintiff

__1-262-225-8422__
Plaintiff's Telephone Number

__aarondallen1@gmail.com__
Plaintiff's Email Address

__1414 E. North St. Apts 108 Waukesha, WI 53188-3835__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)